**STATE of Missouri, Respondent,**

v.

**Adam J. WILKEN, Appellant.**

No. 70679.

Missouri Court of Appeals,
Eastern District,
Division Five.

April 1, 1997.

Gael D. Wood, Eckelkamp, Eckelkamp, Wood & Kuenzel, Washington, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jacqueline K. Hamra, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and CRANDALL, J., and JOSEPH M. ELLIS, Special Judge.

### ORDER

PER CURIAM.

Defendant, Adam Wilken, appeals his conviction for sexual assault in the first degree, § 566.040, RSMo 1994, for which he was sentenced to seven years imprisonment with execution thereof suspended. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.20(b).